IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN BARTH | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 4:23-CV-04633 |
| | § | |
| | § | |
| UNITED AIRLINES, INC. | § | |
| *Defendants*. | § | |

**DEFENDANT UNITED ARILINES, INC.'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT AND JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant United Airlines, Inc., ("United") appears to file its answer and defenses to

Plaintiff's First Amended Complaint and Jury Demand and answers as follows:

## I.    UNITED'S ANSWER

### A.    PARTIES

1.    United lacks sufficient knowledge or information to admit or deny the allegations

contained in Paragraph 1 of Plaintiff's First Amended Complaint ("Amended Complaint"),

therefore the allegations in Paragraph 1 of the Amended Complaint are denied.

2.    United admits that it is a corporation organized and existing under the laws of the

State of Delaware, with its headquarters at 233 S. Wacker Drive, Chicago, Illinois 60606 and that

it transacts business in Texas. United further admits the allegations of Paragraph 2 of the Amended

Complaint regarding service. United denies the remaining facts and allegations in Paragraph 2 of

the Amended Complaint.

### B.    JURISDICTION

3.      United admits that this Court has federal question jurisdiction over this case because the claim, as alleged, is governed by the Montreal Convention.

### C.    VENUE

4.      The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 4 of the Amended Complaint.

### D.    CONDITIONS PRECEDENT

5.      The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 5 of the Amended Complaint.

### D. FACTS

6.      The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 6 of the Amended Complaint.

7.      The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 7 of the Amended Complaint.

8.      Admitted.

9.      United admits only that Plaintiff was a ticketed passenger on United flight 1916 from George Bush International Airport (IAH) in Houston, Texas to Tocumen International Airport in Panama City, Panama on November 19, 2021.  United denies the remaining facts and allegations in Paragraph 9 of the Amended Complaint.

2

10. United lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 10 of the Amended Complaint therefore the allegations in Paragraph 10 of the Amended Complaint are denied.

11. The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 11 of the Amended Complaint. Answering further, United lacks sufficient knowledge or information to admit or deny the allegations regarding Plaintiff's medical condition.

### E. CAUSE OF ACTION AGAINST DEFENDANT UNITED AIRLINES, INC.

12. The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 12 of the Amended Complaint.

13. The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 13 of the Amended Complaint. United specifically denies that it acted negligently, disregarded passenger safety, or failed to safely assist and protect passengers.

14. The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 14 of the Amended Complaint.

15. The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 15 of the Amended Complaint. United specifically denies that it is strictly liable to Plaintiff.  United further specifically denies that it caused Plaintiff to suffer any damages.

16.     The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 16 of the Amended Complaint. United specifically denies that it caused Plaintiff to suffer any damages.

### F. DAMAGES

17.     The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 17 of the Amended Complaint.  United specifically denies that it caused Plaintiff to suffer any damages.

18.     The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 18 of the Amended Complaint.  United specifically denies that it caused Plaintiff to suffer any damages.

19.     The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 19 of the Amended Complaint.  United specifically denies that it caused Plaintiff to suffer any damages.

20.     The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in Paragraph 20 of the Amended Complaint.  United specifically denies that it caused Plaintiff to suffer any damages.

21.     The allegations are conclusions of law, to which no response is required. To the extent a response is necessary, United denies the allegations and legal conclusions contained in

Paragraph 21 of the Amended Complaint.  United specifically denies that it caused Plaintiff to suffer any damages.

## G. Jury Demand

22.     No response from United is required.

## II.     AFFIRMATIVE DEFENSES

23.     Plaintiff's Amended Complaint fails to state a claim against United upon which relief can be granted.

24.     Plaintiff's claims and damages are barred, limited, preempted and/or governed by the Montreal Convention.

25.     Pursuant to the Montreal Convention, Plaintiff has no cause of action for which relief may be granted.

26.     United asserts all defenses available to it under the Montreal Convention, including but not limited to the terms, conditions and/or defenses set forth in Articles 17, 20 and 21 of the Montreal Convention.

27.     Plaintiff's alleged injuries and damages were caused or contributed to by Plaintiff's own acts, omissions, and negligence. The Court should submit the issue of the Plaintiff's contributory and/or comparative negligence to the jury at the time of trial.

28.     Plaintiff's alleged injuries and damages were caused or contributed to by a third party over whom United had no supervision or control.

29.     Plaintiff's claims and/or damages are barred because United and its agents/employees took all necessary measures to avoid damage or it was impossible for United and its agents/employees to take such measures.

30.     Plaintiff's alleged injuries and damages were caused by an intervening or superseding cause for which United is not responsible.

31.     Plaintiff's claims are barred, in whole or in part, because United's acts and/or omissions were not the proximate cause of any injury or harm alleged by Plaintiff.

32.     Plaintiff failed, in whole or in part, to mitigate her damages, if any. United is not responsible for damages, if any, resulting from the failure of the Plaintiff to act with ordinary prudence to eliminate or reduce the effects of Plaintiff's claimed damages.

33.     Plaintiff possessed pre-existing conditions and all of her claimed damages did not proximately result from the events complained of in the Petition.

34.     United expressly reserves the right to amend and/or supplement this Answer and to plead other and further defenses.

### III. JURY DEMAND

32.     United demands a trial by jury.

### IV.     PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant United Airlines, Inc. respectfully requests this Court find that Plaintiff takes nothing by reason of this lawsuit, enter a judgment in favor of United, and grant United all other relief to which it may be justly entitled at law or in equity.

Respectfully submitted,

BLANK ROME LLP

Dated: May 6, 2024

By: */s/ Marquel S. Jordan*
Marquel S. Jordan
State Bar No. 24041870
Email: marquel.jordan@blankrome.com

717 Texas Ave., Suite 1400
Houston, TX 77002
Tel: 713.228.6601
Fax: 713.228.6605

**ATTORNEY FOR DEFENDANT
UNITED AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, a true and correct copy of the foregoing was served electronically on all parties and/or counsel of record who are registered users of the Southern District of Texas CM/ECF filing system.

*/s/ Marquel S. Jordan*
Marquel S. Jordan